Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** ____

| | | | |
|---|---|---|---|
| Debtor **Theresa W. Taylor** | SS# **xxx-xx-0736** | Current Monthly Income $ | **3,000.00** |
| Joint Debtor | SS# | Current Monthly Income $ | **0.00** |
| Address **4089 Seden Lane Liberty, MS 39645-0000** | | No. of Dependents | **1** |
| Telephone No. | **TAX REFUNDS AND EIC FOR DISTRIBUTION:** | | |

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $ **1750.00** per **(monthly / semi-monthly / weekly / bi-weekly)** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

Self Employed

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly)** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **20,700.00** @ $ **345.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
**-NONE-**
beginning in the amount of $ per month shall be paid:
_____ direct   _____ through payroll deduction   _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
**-NONE-**
in the amount of $ shall be paid $ per month:
_____ through payroll deduction   _____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **-NONE-**   BEGINNING _____ @$ _____ PLAN DIRECT
MTG ARREARS TO: **-NONE-**   THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **People Bank** | **Building & Lot** | 43,344.00 | 100,000.00 | 7.00 % | 51,493.00 | 858.21 |
| **Regions Bank** | **House & Lot** | 10,879.00 | 85,000.00 | 7.00 % | 12,925.00 | 215.40 |

Debtor's Initials **TT**   Joint Debtor's Initials ____   CHAPTER 13 PLAN, PAGE 1 OF 2
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **Capital One Auto Finance** | **2003 Mercedes** | **17,957.00** | **Abandon** |
| **National Auto Finance** | **2002 BMW** | **15,487.00** | **Abandon** |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**UNSECURED DEBTS** totaling approximately $ **6028.00**  are to be paid in deferred payments to creditors that have filed claims that are not disallowed: ____ IN FULL or **100** % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2,800.00**              Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $ **200.00**              Pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $ **2600.00**

Name/Address/Phone # of Vehicle Insurance Co./Agent     Attorney for Debtor (Name/Address/Phone # / Email)
                                                        **Tylvester Goss 4920**
                                                        **1441 Lakeover Road**
                                                        **Jackson, MS 39213**

Telephone/Fax                                            Telephone/Fax   **601-981-2800/601-981-7979**
                                                         E-mail Address

DATE:  **June  4, 2011**          DEBTOR'S SIGNATURE          **/s/ Theresa W. Taylor**
                                  JOINT DEBTOR'S SIGNATURE
                                  ATTORNEY'S SIGNATURE         **/s/ Tylvester Goss**